

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00215-CR

Lee E. **COLLINS,**
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-6535
Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant is presently awaiting trial. On April 11, 2022, appellant pro se filed a document titled "Appeal" that fails to identify what order appellant intends to appeal. The document is styled as a filing in the 226th Judicial District Court; however, the document was mailed to the Fourth Court of Appeals. It is unclear whether the document is intended to be a motion to be filed in the trial court or a notice of appeal to be filed in this court.

The clerk's record was filed on April 19, 2022. The clerk's record does not contain an appealable order. As a general rule, a criminal defendant's right of appeal is limited to an appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. art. 44.02; *see also State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990) ("A defendant's general right to appeal under [article 44.02] and its predecessors has always been limited to appeal from a 'final judgment,' though the statute does not contain this limitation on its face."). Moreover, "[t]he courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (quoting *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991)).

The notice of appeal does not indicate what appellant intends to appeal, and the record does not reflect either a final appealable order or an interlocutory order on which an immediate appeal is authorized. We, therefore, ORDER appellant to show cause **no later than May 4, 2022** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Lori I. Valenzuela, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court